UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CRIMINAL ACTION NO. 5:10-cr-73-KSF

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                                              **OPINION & ORDER**

ANTWAN BRYANT                                                                                DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

      This matter is before the Court on the motion of Defendant, Antwan Lamont Bryant, for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2) [DE #98].  Defendant seeks a reduction of his sentence pursuant to amendments related to crack cocaine contained in the 2011 Federal Sentencing Guidelines Manual ("Guidelines Manual").  Defendant previously sought a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and/or Rule 60(b)(6) of the Federal Rules of Civil Procedure, seeking a reduction of his sentence pursuant to November 2010 Amendments to the Guidelines Manual, as well as pursuant to the Fair Sentencing Act of 2010 [DE #92].  The Court denied this motion on November 2, 2011 [DE #97].

      Defendant continues to overlook that, pursuant to 21 U.S.C. § 841(b)(1), he was subject to a statutory mandatory minimum sentence of life imprisonment on Count One and ten years imprisonment on Count Six of the Indictment.  Thus, Defendant's Total Offense Level and the applicable guideline range for imprisonment are not affected by the amendments contained in the 2011 Guidelines Manual relating to cocaine base because defendant was subject to a statutory mandatory minimum, which remains the guideline range.  "Where a statutorily required minimum sentence is greater than the maximum of the applicable guidelines range, the statutorily required minimum sentence shall be the guideline sentence." U.S.S.G. § 5G1.1(b); *accord U.S. v. Johnson*,

564 F.3d 419, 423 (6th Cir.), *cert. denied*, — U.S. — , 130 S.Ct. 318 (2009); *United States v. Goff*, 6 F.3d 363, 366-67 (6th Cir. 1993).  For this reason, as well as for the reasons stated more fully by the Court in its November 2, 2011 Opinion & Order, Defendant is not entitled to a reduction of his sentence pursuant to the amendments contained in the 2011 Guidelines Manual.

Accordingly, **IT IS ORDERED** that the motion of Antwan Lamont Bryant for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2) [DE #98] is **DENIED**.

Dated this February 9, 2012.



Signed By:
*Karl S. Forester*  KSF
United States Senior Judge