UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

Eastern District of Kentucky
F I L E D
JUN 0 3 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:10-CR-73-KSF
CIVIL ACTION NO. 5:12-7253-KSF

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                    **ORDER**

ANTWAN LAMONT BRYANT                                                    DEFENDANT

\* \* \* \* \* \* \* \*

This matter is before the Court on Defendant, Antwan Lamont Bryant's, construed motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 [DE 114].[1] This motion was referred to the Magistrate Judge who, on March 25, 2013, issued her Report and Recommendation [DE #121], recommending that Defendant's motion be granted. Specifically, the Magistrate Judge determined that, in light of *Dorsey v. United States*, 132 S.Ct. 2321, 2329 (2012), Defendant is entitled to be resentenced under the Fair Sentencing Act of 2010.

No objections were filed to the Magistrate Judge's Report and Recommendation, and the time for filing same has passed. Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a

---

[1] As noted by the Magistrate Judge, in its Order of Remand, the Court of Appeals for the Sixth Circuit specifically instructed that this Court was to construe Defendant's motion filed pursuant to 18 U.S.C. § 3582 (originally filed at DE #98) as a 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence [DE #110].

magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a Magistrate Judge's Report and Recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, having examined the record and having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's Report and Recommendation.

For the foregoing reasons, and the Court being fully and sufficiently advised, it is **HEREBY ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE #121] is **ADOPTED** and **INCORPORATED** by reference as and for the Opinion of the Court;

2. Defendant's construed motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. §2255 is **GRANTED**;

3. This matter is **SET** for re-sentencing on **Tuesday, July 30, 2013, at 9:00 a.m.**, in Courtroom D of the United States Courthouse, Lexington, Kentucky.

4. The Bureau of Prisons is directed to relinquish custody of inmate Antwan Lamont Bryant to the United States Marshal Service for the Eastern District of Kentucky for purposes of producing the said defendant for re-sentencing in the United States District Court at Lexington, Kentucky, as set out above.

This June 3, 2013.

Karl S. Forester, Senior Judge